Exhibit "A"

IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

Case No.: ADM 277/2014

Filed: 20-December-2014 12:31 AM

Hearing Date : 05-February-2015
Hearing Time : 9:30 AM
Hearing Type : Pre-Trial Conference (Admiralty)
Attend Before: Registrar

**Admiralty Action in rem against:**

the vessel "GINGA LYNX" (IMO No. 9442550)

Between

SAMYANG INNOCHEM CORPORATION (Korea, South Registration No. 211111-0028151)

...Plaintiff(s)

And

Owner and/Or Demise Charterer of the vessel "GINGA LYNX" (IMO No. 9442550)

...Defendant(s)



To:
Owner and/Or Demise Charterer of the vessel "GINGA LYNX" (IMO No. 9442550)

**WRIT OF SUMMONS (IN REM) FOR ADMIRALTY**

THIS WRIT OF SUMMONS has been issued against the property described above in respect of the claim endorsed herein.

You must:
    1) satisfy the claim; or
    2) enter an appearance,

Within 8 days after the service of this Writ, failing which, the Plaintiff(s) may proceed with the action and enter judgment against you in your absence, and if the property described in this writ is then under arrest of the Court, it may be sold by order of the Court.

THIS WRIT OF SUMMONS is issued by the solicitors for the plaintiff(s) whose particulars are as follows:

Solicitor(s) for the Plaintiff(s)

ASIALEGAL LLC
8 ROBINSON ROAD #08-00 ASO BUILDING SINGAPORE 048544
Tel No.: 63331121
Fax No.: 63331191
Email: mail@asialegal.com.sg
File Ref No.: TT/WL/2014124428/nur
Solicitor in charge: 1. LEONG MARNYI WENDY,

2. TAN THYE HOE TIMOTHY

## ENDORSEMENT OF CLAIM

1. The Plaintiffs, Samyang Innochem Corporation, as owners of cargo of phenol ("the Cargo") lately laden on board the Defendants' ship "GINGA LYNX" of the port of Panama, and/or as indorsees and/or lawful holders of the following three (3) bills of lading:-

(a) Bill of lading no. LYN1406HOUKSN01 dated Houston, USA 14 September 2014;
(b) Bill of lading no. LYN1406HOUKSN02 dated Houston, USA 14 September 2014; and
(c) Bill of lading no. LYN1406HOUKSN03 dated Houston, USA 14 September 2014

whereunder the Cargo was shipped, claim damages from the Defendants for loss of and/or damage to the Cargo during the voyage from Houston, USA to Kunsan Port, South Korea and whilst in their care and custody in or around September / October 2014, the said loss and/or damage having been sustained by reason of breach of contract and/or duty and/or negligence of the Defendants, their servants and/or agents in or about the carriage, custody and care thereof.

2. The Plaintiffs also claim interest and costs.

Note:

1. This writ may not be served more than 12 calendar months after the above date unless renewed by order of the Court.

2. To satisfy the claim, the Defendant(s) will pay the amount claimed and costs of [$ ]
   to the plaintiff or his solicitor within 8 days after service hereof (inclusive of the day of service) and further proceedings will be stayed.

3. To defend the claim, the defendant(s) must enter an appearance(s) using the electronic filing service either personally or by a solicitor at the Registry of the [Supreme Court/Subordinate Courts] and notify the plaintiff's solicitors accordingly within 8 days after service hereof, otherwise judgment may be entered against him without further notice.

4. Where the defendant enters an appearance, then, unless a summons for judgment is served on him in the meantime, he must also serve a defense on the solicitor for the plaintiff within 14 days after the last day of the time limited for entering an appearance, otherwise judgment may be entered against him without further notice.

FOO CHEE HOCK
REGISTRAR
SUPREME COURT
SINGAPORE

## IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

Case No.: ADM 277/2014

Sub Case No.: WA 65/2014

Filed: 20-December-2014 12:43 PM

Admiralty Action in Rem against:

the vessel, GINGA LYNX (IMO No. 9442550)

Date of Issue: 20-Dec-2014, 03:43 PM



Between

SAMYANG INNOCHEM CORPORATION (Korea, South Registration No. 211111-0028151)

...Plaintiff(s)

And

Owner and/Or Demise Charterer of the vessel "GINGA LYNX" (IMO No. 9442550)

...Defendant(s)

## WARRANT OF ARREST

To: The Sheriff,

You are directed to arrest the ship the vessel, GINGA LYNX (IMO No. 9442550) of the port of Panama and keep the ship under safe arrest until you shall receive further orders.

1. The Plaintiffs, Samyang Innochem Corporation, as owners of cargo of phenol ("the Cargo") lately laden on board the Defendants' ship "GINGA LYNX" of the port of Panama, and/or as indorsees and/or lawful holders of the following three (3) bills of lading:-

    (a)  Bill of lading no. LYN1406HOUKSN01 dated Houston, USA 14 September 2014;
    (b)  Bill of lading no. LYN1406HOUKSN02 dated Houston, USA 14 September 2014; and
    (c)  Bill of lading no. LYN1406HOUKSN03 dated Houston, USA 14 September 2014

    whereunder the Cargo was shipped, claim damages from the Defendants for loss of and/or damage to the Cargo during the voyage from Houston, USA to Kunsan Port, South Korea and whilst in their care and custody in or around September / October 2014, the said loss and/or damage having been sustained by reason of breach of contract and/or duty and/or negligence of the Defendants, their servants and/or agents in or about the carriage, custody and care thereof.

2. The Plaintiffs also claim interest and costs.

Taken out by:

Solicitors for the Plaintiffs

ASIALEGAL LLC
8 ROBINSON ROAD #08-00 ASO BUILDING SINGAPORE 048544
Tel No.: 63331121
Fax No.: 63331191
Email: mail@asialegal.com.sg
File Ref No.: TT/WL/TV/2014124428/nur
Solicitors in charge: 1. TAN THYE HOE TIMOTHY  2. LEONG MARNYI WENDY,  3. THUOLASE VENGA

FOO CHEE HOCK
REGISTRAR
SUPREME COURT
SINGAPORE

## IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

Admiralty in Rem No. 277 of 2014 )

Admiralty action in Rem against the ship or vessel "**GINGA LYNX**" (LR No. 9442550)

Between

**SAMYANG INNOCHEM CORPORATION**
(Korean Registration No. 211111-0028151)

... Plaintiffs

And

**THE OWNERS AND/OR THE DEMISE CHARTERERS OF AND/OR OTHER PERSONS INTERESTED IN THE SHIP OR VESSEL "GINGA LYNX"**
(LR No. 9442550)

... Defendants

## UNDERTAKING

Particulars of property to be arrested: the ship or vessel "**GINGA LYNX**" of the Port of Panama.

It is requested that the Warrant lodged herewith is executed by the arrest of the ship or vessel "**GINGA LYNX**" of the Port of Panama. An Undertaking is hereby given that the Sheriff shall be indemnified and be provided with sufficient funds as and when required by the Sheriff to meet the charges and expenses due to the Sheriff that may be incurred in consequence of these instructions.

Dated this 20th day of December 2014

*[signature]*

**SOLICITORS FOR THE PLAINTIFFS**
**M/S ASIALEGAL LLC**



SUPREME COURT OF SINGAPORE
SHERIFF OFFICE

20-December-2014

To Whom It May Concern

Dear Sirs,

**Admiralty Action In Rem against the Ship / Vessel "GINGA LYNX" , port of (Panama)**
**Admiralty In Rem No: ADM 277/2014**
**Warrant Of Arrest No: WA 65/2014**
**- LETTER TO AUTHORISE ARREST OF SHIP (AND STATIONING OF SECURITY GUARD)**

1.   Pursuant to Section 65A of the of Judicature Act, HARON BIN SALIM, S1475708B of M/s ASIALEGAL LLC is duly authorised to serve the In Rem ADM 277/2014 against the ship/vessel "GINGA LYNX" of the port of Panama ("the ship") and to arrest the ship **within port limit** (or any freight, cargo or other property against which the Writ of Summons and Warrant of Arrest have been issued) and to -

   a)   affix the Writ of Summons and Warrant of Arrest for a short time on any mast of the ship or on the outside of any suitable part of the ship's superstructure; and on removing the said Writ and/or Warrant, by leaving a copy of it affixed in its place or on a sheltered, conspicuous part of the ship;

   b)   obtain the particulars of the ship from the Captain or other officer on board and furnish a report of arrest as well as the said particulars to the Sheriff immediately after the arrest of the ship/cargo during office hours or the next day on which the Registry is opened; and

   c)   inform the Port Master, MPA of the arrest immediately after the arrest of the ship/cargo.

2.   M/s CPP Security & Consultancy Pte Ltd is hereby assigned to guard the property in the custody of the Sheriff of the Republic of Singapore by virtue of the execution of the Warrant of Arrest.

FOO CHEE HOCK
REGISTRAR
SUPREME COURT
SINGAPORE

BAILIFF-IN-CHARGE: JIMMY LIEW CHEE HENG

cc:

ASIALEGAL LLC (Plaintiff)
8 ROBINSON ROAD #08-00 ASO BUILDING SINGAPORE 048544
Tel No: 63331121
Fax No: 63331191
Email:
File Ref No: TT/WL/2014124428/nur
Solicitor in charge: TAN THYE HOE TIMOTHY

ASIALEGAL LLC (Plaintiff)
8 ROBINSON ROAD #08-00 ASO BUILDING SINGAPORE 048544
Tel No: 63331121
Fax No: 63331191
Email:
File Ref No: TT/WL/2014124428/nur
Solicitor in charge: LEONG MARNYI WENDY

This is computer-generated and requires no signature.

**1 SUPREME COURT LANE SINGAPORE 178879**
Email: SUPCOURT_Registry@supcourt.gov.sg | Tel: (65) 6336 0644 | Fax: (65) 6337 9450

Close  Print



**SUPREME COURT OF SINGAPORE**
**SHERIFF OFFICE**

23-December-2014

1)     O.C. Shipping Unit
       6325 2376

2)     **MPA One Stop Document Centre**
       7 Keppel Road #01-26
       Singapore 089058

Dear Sirs,

**Admiralty Action In Rem against the Ship / Vessel "GINGA LYNX", port of (Panama )**
**Admiralty In Rem No: ADM 277/2014**
**Warrant Of Arrest No: WA 65/2014**
**- ARREST OF THE SHIP / VESSEL**

    Please be informed that the Ship/Vessel has been arrested.

2.    Please do not permit her to leave the port of Singapore until you receive further instructions from me.

3.    MPA may be allowed to move the Ship/Vessel to an anchorage due to any urgent need of the berth.

Yours faithfully

**FOO CHEE HOCK**
**REGISTRAR**
**SUPREME COURT**
**SINGAPORE**

**BAILIFF-IN-CHARGE: JIMMY LIEW CHEE HENG**

cc:
1. OC, Police Coast Guards
Fax No: 62761627

2. Deputy Port Master, Marine Environment and Safety Department
Fax No: 63252484

3. Controller of Immigration
Fax No: 62936758 / 6272 4950

WARNING: "Privileged /Confidential information may be contained in this message. If you are not the intended addressee, you must not copy, distribute or take any action in reliance thereon. Communication of any information in this mail to any unauthorised person is an offence under the Official Secrets Act (Cap 213). Please notify the sender immediately if you receive this in error".

This is computer-generated and requires no signature.

**1 SUPREME COURT LANE SINGAPORE 178879**
Email: SUPCOURT_Registry@supcourt.gov.sg | Tel: (65) 6336 0644 | Fax: (65) 6337 9450

[ Close ] [ Print ]

IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

Case No.: ADM 277/2014

Warrant of Arrest No: WA 65/2014

Date: 23-December-2014

Admiralty Action In Rem against :
The Ship / Vessel "GINGA LYNX", port of (Panama )

**Admiralty Action in rem against:**

the vessel "GINGA LYNX" (IMO No. 9442550)

Between

SAMYANG INNOCHEM CORPORATION
(Korea, South Registration No. 211111-0028151)

...Plaintiff(s)

And

Owner and/Or Demise Charterer of the
vessel "GINGA LYNX" (IMO No. 9442550)

...Defendant(s)

**NOTICE**

The above mentioned vessel, her tackle, apparel, furniture being in the custody of the Sheriff of the Republic of Singapore by virtue of a Warrant of Arrest from the High Court, all persons are hereby cautioned not to attempt to remove the same or interfere therewith, without the authority in writing of the said Sheriff or of his Substitutes, otherwise proceedings will be immediately taken against them.

**PEMBERITAU**

Kapal yang nama-nya di-sebutkan di atas, tali temali, alat, perabut adalah di-bawah kawalan Sheriff, Republik Singapura menurut suatu "Warrant of Arrest" daripada Mahkamah Tinggi, semua orang ada-lah di beri amaran jangan menhuba mengambil bavang tersebut atau mengganggui-nya, dengan tiada kuasa bertulis daripada Sheriff tersebut atau wakil-nya kalau tidak tindakan akan dengan serta –merta di-ambil terhadap mereka.



FOO CHEE HOCK
REGISTRAR
SUPREME COURT
SINGAPORE

BAILIFF-IN-CHARGE:
JIMMY LIEW CHEE HENG

This is computer-generated and requires no signature.

Close   Print



SUPREME COURT OF SINGAPORE
SHERIFF OFFICE

20-December-2014

1) O.C. Shipping Unit
   6325 2376

2) MPA One Stop Document Centre
   7 Keppel Road #01-26
   Singapore 089058

Dear Sirs,

**Admiralty Action In Rem against the Ship / Vessel "GINGA LYNX", port of (Panama)**
**Admiralty In Rem No: ADM 277/2014**
**Warrant Of Arrest No: WA 65/2014**
**- ARREST OF THE SHIP / VESSEL**

   Please be informed that the Ship/Vessel has been arrested.

2. Please do not permit her to leave the port of Singapore until you receive further instructions from me.

3. MPA may be allowed to move the Ship/Vessel to an anchorage due to any urgent need of the berth.

Yours faithfully

**FOO CHEE HOCK**
**REGISTRAR**
**SUPREME COURT**
**SINGAPORE**

BAILIFF-IN-CHARGE: JIMMY LIEW CHEE HENG

cc:
1. OC, Police Coast Guards
   Fax No: 62761627

2. Deputy Port Master, Marine Environment and Safety Department



QUEK SZE BOON
Marine Officer

IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

Admiralty Action In Rem against the Ship / Vessel " GINGA LYNX "),
port of Panama
Admiralty In Rem No: ADM 277/2014
Warrant Of Arrest No: WA 65/2014

Between

SAMYANG INNOCHEM CORPORATION
(Korea, South, Reg. No. 211111-0028151)
                                            Plaintiff/s

AND

Owner and/or Demise charterer of the
vessel " GINGA LYNX " (IMO 9442550)
                                            Defendant/s

## REPORT OF ARREST

Having been duly authorised by the Registrar of the Supreme Court, Singapore, to execute the Warrant of Arrest herein dated 20/12/14 I arrested the "Ginga Lynx" lying at the port of Singapore at Esso Bukom C on 21/12/14 1:30 by attaching the Warrant for a short time on the main mast / wheelhouse (conspicuous part) of the vessel and by leaving a copy of the Warrant affixed thereto.

The vessel/ property particulars are as follows:

| Type of Vessel | Oil Tanker | Call Sign | 3EUG5 | Official No | 9404854-09-A |
|---|---|---|---|---|---|
| Gross Tonnage | 16,222 mt | | Nett Tonnage | 7683 mt | |
| Flag | | | Port of Registry | Panama | |
| Cargo | | | Tonnage | | |
| Freight | | | | | |
| Master | Capt. M. Saiful | | Crew Members | | |
| Hull | Islam Bahw | | Deadweight | | |
| Lightship | 7812 tons | | Breadth (Mould) | 26.80 m | |
| | | | Length (Overall) | 189.98/184.0 m | |
| | | | Depth (Mould) | 14.20 m | |
| Agent's Name | Unix Line Pte Ltd | | Agent's Tel | 6224 4303 | |

Date of report: 21/12/14
Name of authorized person: Horan Salim
NRIC No: S1475708B
Signature of person duly authorized:

## SHIP'S PARTICULAR

| # | Field | Value | | |
|---|---|---|---|---|
| 1. | Name of ship | M/T "GINGA LYNX" | | |
| 2. | Call Sign | 3EUG5 | | |
| 3. | IMO No. | 9442550 | | |
| 4. | Official No. | 40455-09-A | | |
| 5. | Port of Registry | Panama | | |
| 6. | Name of Owner | TOKYO MARINE ASIA PTE LTD<br>6, Shenton way<br>#22-08,<br>SINGAPORE 068809 | | |
| 7. | Name of Operator | UNIX LINE PTE LTD<br>6, Shenton way<br>#22-08,<br>SINGAPORE 068809 | | |
| 8. | MMSI | 356466000 | | |
| 9. | ID. No. of INMARSAT 'C' | 435646612 | | |
| 10. | Telephone no | 870-764910470, 870-773-233-531(BRIDGE), / 870-764910471(CAPTAIN CABIN) | | |
| 11 | Fax no | 764910474 | | |
| 11. | E-mail address | glynx@unixline.amosconnet.com | | |
| 12. | Builder | Shin Kurushima Dockyard | | |
| 13. | Date of Delivered | 2ND JUNE 2009 | | |
| 14. | Vessel Type | OIL / CHEMICAL TANKER | | |
| 15. | Type of Ship | CHEMICAL TANKER TYPE II & III & OIL<br>MOLASSES OR OILS-FLASH POINT BELOW 60 °C | | |
| 16. | Navigation area/Voy type | World Wide / Ocean going | | |
| 17. | Main Engine | 01 / MAKE : Mitsubishi UEC,TYPE : 6UEC52LA, Power:7080 KW | | |
|  | Bow thruster | Power: 800 KW | | |
| 18. | Tonnage | International | SUEZ | PANAMA |
|  | Gross | 16,222 MT | 16885.540 MT | 13,583.000 |
|  | Net | 7683 MT | 14650.61 MT |  |
| 19. | Seasonal | Summer | Winter | Tropical |
|  | Draft | 10.076 M | 9.841 M | 10.259 M |
|  | Deadweight | 26,040 MT | 25,262 MT | 26,822 MT |
|  | Light ship | 7512 MT | | |
| 20. | Dimension of ship | LOA / LBP | Breadth(Moulded) | Depth(Moulded) |
|  |  | 159.98/154.0 M | 26.80M | 14.20 M |
|  | VESSEL HEIGHT | 41.88 M | | |
|  |  | FWA=224mm | TPC=37.32 | |
| 21. | Speed | Service = 15.50 Knots | | |
|  | Max maneuvering speed | 11.8KTS(Loaded) / 12.4 KTS(Ballast). | | |
| 22. | Class Society | NKK | | |
| 23. | Name of Master | Capt. Mohammad Saiful Islam Bahar | | |